HANAWAY et al. v. GUARANTEE SAVINGS, LOAN & INVESTMENT
CO.

(Circuit Court of Appeals, Fifth Circuit.    March 13, 1906.    Rehearing
Denied April 6, 1906.)

No. 1,519.

WRIT OF ERROR—RECORD—QUESTIONS REVIEWABLE.
    Where an application for new trial was based on matters of fact
aliunde the record, and on alleged errors not incorporated in the record
by any bill of exceptions seasonably taken, the question whether plain-
tiff in error is entitled to a new trial on the grounds alleged is not
open to review.
    [Ed. Note.—For cases in point, see vol. 3, Cent. Dig. Appeal and
Error, § 2416.]

In Error to the Circuit Court of the United States for the Northern
District of Texas.

Jas. E. Cockrell and Edward Gray, for plaintiffs in error.
Lewis M. Dabney, for defendant in error.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. A majority of the judges find that the only
question presented for review on this writ is whether or not the
plaintiff in error is entitled to have a new trial on the grounds alleged
in the motion filed in the court below. The application for a new
trial was based upon matters of fact aliunde the record, and upon al-
leged errors on the trial not incorporated in the record by any bill
of exception seasonably taken on the trial.

The question presented is not open to review in this court. See
Henderson v. Moore, 5 Cranch, 11, 3 L. Ed. 22; Wilson v. Everett,
139 U. S. 616, 11 Sup. Ct. 664, 35 L. Ed. 286; Ætna Life Ins. Co. v.
Ward, 140 U. S. 91, 11 Sup. Ct. 730, 35 L. Ed. 371; Moore v. United
States, 150 U. S. 61, 14 Sup. Ct. 26, 37 L. Ed. 996.

Judgment affirmed.